IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60191
Conference Calendar
_____

ROGER L. MAYBERRY,

                                        Plaintiff-Appellant,

versus

CHARLIE WATKINS, Chief of Police;
UNDERWRITERS,

                                        Defendants,

and

BILLY TURNER, Police Officer,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 1:93-CV-26-S-D
- - - - - - - - - -
December 19, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Roger Mayberry appeals the jury's verdict in favor of the defendant in his excessive-force civil rights suit.

     Because Mayberry failed to move for a judgment as a matter of law at the conclusion of the trial, appellate inquiry is

     [*]     Local Rule 47.5.1 provides:  "The publication of opinions that merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession."  Pursuant to that Rule, the court has determined that this opinion should not be published.

limited to whether there was any evidence to support the jury's verdict or whether the verdict amounted to a manifest miscarriage of justice. <u>Coughlin v. Capitol Cement Co.</u>, 571 F.2d 290, 297 (5th Cir. 1978). We find that the record contains sufficient evidence to support the jury's verdict and that the verdict does not amount to a miscarriage of justice.

Mayberry also challenges defense counsel's opening and closing remarks; however, because Mayberry has not identified any remarks by counsel which were improper, this argument is without merit. The judgment of the district court is AFFIRMED.